IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Anna Tollison, on behalf of herself and all others similarly situated,<br><br>          Plaintiff,<br><br>vs.<br><br>Subway Restaurants, Inc., Franchise World Headquarters, LLC, Subway Franchisee Advertising Trust Fund Ltd.,<br><br>          Defendants. | Case No.: 1:24-cv-07495-CBA-SJB<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Anna Tollison, by and through her undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed with prejudice as to Plaintiff's individual claims, and without prejudice as to the claims asserted on behalf of the putative class, against Defendants Subway Restaurants, Inc., Franchise World Headquarters, LLC, and Subway Franchisee Advertising Trust Fund Ltd.

Date: July 25, 2025

                                                        Respectfully submitted,

                                                        /s/ *James C. Kelly*
                                                        James C. Kelly, Esq.
                                                        THE RUSSO FIRM
                                                        244 5th Avenue, Suite K-278
                                                        New York, NY 10001
                                                        T: 212-920-5042
                                                        E: jkelly@therussofirm.com

                                                        *Counsel for Plaintiff*